**Order entered November 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00582-CV

## IN THE INTEREST OF S.W., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15911**

### ORDER

We **REINSTATE** this appeal.

In compliance with this Court's order dated October 28, 2020, a supplemental clerk's record has been filed containing the trial court's findings of fact following a hearing to determine whether a hearing was held on October 14, 2019 and, if so, the identity of the court reporter who recorded the hearing. The trial court found that a hearing was held on October 14th and that visiting court reporter Wendell Sheffield, IV recorded the hearing.

We **ORDER** Mr. Sheffield to file the reporter's record of the October 14th hearing on or before **December 7, 2020**.

We **ORDER** visiting court reporter Jayne Godfrey to file the reporter's record of the hearing held on November 6, 2020 on or before **November 25, 2020**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Sheffield, Ms. Godfrey, and, all parties.

/s/    BILL WHITEHILL
        JUSTICE